JS-6

# UNITED STATES DISTRICT COURT,

## FOR THE CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| MARSELA GARCIA, an individual; CAROLINA MIRANDA, an individual; SULMA CERON, an individual,<br><br>                      Plaintiffs,<br><br>vs.<br><br>ACE CASH EXPRESS, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 8:14−CV−00285−DOC (RNBx)<br><br>**JUDGMENT RE [38] NOTICE**<br><br>Date: May 4, 2014<br>Time: 8:30 a.m.<br>Room: 9D<br>Honorable David O. Carter |

On February 11, 2015, the defendant ACE Cash Express, Inc. served by electronic mail offers of judgment to the plaintiff Sulma Ceron in the amount of $25,000, to Carolina Miranda in the amount of $20,000, and to Marisela Garcia in the amount of $15,000, plus attorney's fees and costs pursuant to Federal Rule of Civil Procedure 68. On February 25, 2015, the plaintiffs Sulma Ceron, Carolina Miranda and Marisela Garcia

duly accepted Defendant's offers of judgment. On March 30, 2015, the plaintiffs filed with the Court the offers of judgment and notice of acceptance thereof.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Plaintiffs Sulma Ceron, Carolina Miranda and Marisela Garcia against Ace Cash Express, Inc.

Plaintiff Sulma Ceron shall have and recover from Ace Cash Express, Inc. damages in the amount of $25,000, together with costs of suit and attorney's fees to be determined by way of motion.

Plaintiff Carolina Miranda shall have and recover from Ace Cash Express, Inc. damages in the amount of $20,000, together with costs of suit and attorney's fees to be determined by way of motion.

Plaintiff Marisela Garcia shall have and recover from Ace Cash Express, Inc. damages in the amount of $15,000, together with costs of suit and attorney's fees to be determined by way of motion.

April 6, 2015
Dated

*David O. Carter*
Honorable David O. Carter