1
2
3
4
5

# UNITED STATES DISTRICT COURT,

## FOR THE CENTRAL DISTRICT OF CALIFORNIA—CENTRAL DIVISION

| MARSELA GARCIA, an individual; CAROLINA MIRANDA, an individual; SULMA CERON, an individual, | Case No.: 8:14−CV−00285−DOC (RNBx) |
|---|---|
| Plaintiffs, | **AMENDED JUDGMENT** |
| vs. | |
| ACE CASH EXPRESS, INC., a corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

On February 11, 2015, the defendant ACE Cash Express, Inc. served by electronic mail offers of judgment to the plaintiff Sulma Ceron in the amount of $25,000, to Carolina Miranda in the amount of $20,000, and to Marisela Garcia in the amount of $15,000, plus attorney's fees and costs pursuant to Federal Rule of Civil Procedure 68. On February 25, 2015, the plaintiffs Sulma Ceron, Carolina Miranda and Marisela Garcia

duly accepted Defendant's offers of judgment. On March 30, 2015, the plaintiffs filed with the Court the offers of judgment and notice of acceptance thereof. On July 27, 2015, after considering Plaintiffs' motion for attorney's fees, Defendant's opposition thereto, and Plaintiffs' reply, the Court granted the motion in part, awarding to Plaintiffs Sulma Ceron, Carolina Miranda, and Marisela Garcia collectively $49,431.25 in attorney's fees and $3,863.08 in costs.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Plaintiffs Sulma Ceron, Carolina Miranda and Marisela Garcia against Ace Cash Express, Inc.

Plaintiff Sulma Ceron shall have and recover from Ace Cash Express, Inc. damages in the amount of $25,000, together with costs of suit and attorney's fees as specified herein.

Plaintiff Carolina Miranda shall have and recover from Ace Cash Express, Inc. damages in the amount of $20,000, together with costs of suit and attorney's fees as specified herein.

Plaintiff Marisela Garcia shall have and recover from Ace Cash Express, Inc. damages in the amount of $15,000, together with costs of suit and attorney's fees as specified herein.

Dated: August 10, 2015

_David O. Carter_
Honorable David O. Carter